NUMBER 13-03-182-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
REBECCA ARELLANO,                                                       Appellant,

v.

DEBBIE REZA,                                                                   Appellee.
____________________________________________________________________

On appeal from the 94th District Court
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, REBECCA ARELLANO, perfected an appeal from a judgment entered
by the 94th District Court of Nueces County, Texas, in cause number 03-86-C. After
the record was filed, appellant filed a motion to dismiss the appeal. In the motion,
appellant states that this case has been resolved and appellant no longer wishes to
prosecute this appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                                                          PER CURIAM
Opinion delivered and filed this
the 26th day of February, 2004.